IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

THOMPSON BENALLY and
ELLIOTT J. CLARK,

      Plaintiffs,

v.                                                                                    No. CIV 06-0592 JH/RHS

ROSENFELT & BUFFINGTON, P.A.
d/b/a THE INJURY LAW CENTER,
DANIEL M. ROSENFELT and
FORREST G. BUFFINGTON,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion for Order of Dismissal With Prejudice of Plaintiffs Thompson Benally and Elliott J. Clark and Defendants Rosenfelt & Buffington, P.A., d/b/a the Injury Law Center, Daniel M. Rosenfelt and Forrest G. Buffington, pursuant to Fed.R.Civ.P. 41, and the Court having reviewed the record and being fully advised of the premises, it is:

FOUND that the Motion is well taken and should be granted.

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint, together with all claims which were made, or which could have been made therein, be, and the same hereby are, dismissed with prejudice, the parties to bear their own costs and fees.

      BY THE COURT

      _/s/ Judith C. Herrera_
      Honorable Judith C. Herrera
      United States District Court Judge

APPROVED:


_____
Richard W. Hughes, Esq.
John C. Bienvenu, Esq.
Rothstein, Donatelli, Hughes,
   Dahlstrom, Schoenburg & Bienvenu, LLP
Attorneys for Plaintiffs



_____
Gerald G. Dixon, Esq.
Dixon, Scholl & Bailey, P.A.
Attorneys for Defendants